UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-29298 |
| Medallion Press, Inc. | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING APPLICATION FOR PAYMETN OF UNCLAIMED FUNDS

On November 16, 2020, an application was filed for the Claimant(s), Medallion Press, Inc. for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds;

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $19,820.75 held in unclaimed funds be made payable to Medallion Press, Inc. and be disbursed to the payee at the following address: Gensburg Calandriello & Kanter, P.C., 200 W. Adams St., Ste. 2425, Chicago, IL 60606.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated:  November 23, 2020

**Prepared by:**

E. Philip Groben (ARDC# 6299914)
Email: pgroben@gcklegal.com
GENSBURG, CALANDRIELLO, & KANTER, P.C.
200 W. Adams St., Ste. 2425
Chicago, IL 60606
Phone: (312) 263-2200
Fax: (312) 263-2242